**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 435 EAL 2017

                Respondent    :

                             :   Petition for Allowance of Appeal from

                             :   the Order of the Superior Court

             v.                  :

                             :

DARRYL DEWS,                 :

                             :

                Petitioner        :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 14th day of February, 2018, the Petition for Allowance of Appeal is **DENIED**.